# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151343-4(51)

BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellee,

v

MICHIGAN ASSIGNED CLAIMS FACILITY,
      Defendant-Appellant.
_____/

SC: 151343 & 151344
COA: 317864 & 317866
Kalamazoo CC: 2012-000600-NF

On order of the Chief Justice, the motion of the Michigan Insurance Coalition for leave to participate in the case as amicus curiae is GRANTED. The amicus brief submitted by the Michigan Insurance Coalition on June 24, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2015

